UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



J-UP INTERNATIONAL CO., LTD.,

    Plaintiff,

-against-

BROOKS FITCH APPAREL GROUP, LLC,

    Defendant.

ORDER TO SHOW CAUSE

Case No. 12 Civ. 1751(WHP)

Upon reading and filing the annexed declaration of Bernard D'Orazio, dated November 13, 2015, with exhibits thereto, including the Judgment rendered in this action on November 19, 2012, awarding plaintiff $141,066.76, which remains wholly unsatisfied;

**IT IS HEREBY ORDERED** that Joseph Safdieh and Eli J. Safdieh show cause before the Hon. William H. Pauley III at the United States Courthouse located at 500 Pearl Street, New York, New York, on Dec. 18, 2015, at 10:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be granted to plaintiff pursuant to Fed. R. Civ. P. 69 and N.Y. CPLR 5225(b) and/or 5227 (A) setting aside transfers of monies by judgment debtor Brooks Fitch Apparel Group LLC to Joseph Safdieh and Eli J. Safdieh to the extent necessary to satisfy plaintiff's Judgment or, in the alternative, awarding plaintiff damages against Joseph Safdieh and Eli J. Safdieh, jointly and severally, to the extent the transfers are voidable, or permitting plaintiff to disregard the transfers and attach or levy execution upon the property transferred, as set forth in New York Debtor and Creditor Law § 278, (B) awarding plaintiff its reasonable attorneys' fees,

pursuant to N.Y. Debtor and Creditor Law § 276-a, and (C) granting plaintiff such other and further relief as the Court deems just and proper; and it is further

ORDERED that Personal service of a copy of this Order to Show Cause and the supporting papers upon which it is based upon Joseph Safdieh and Eli J. Safdieh pursuant to Fed. R. Civ. P. 4(e) and N.Y. C.P.L.R. § 308 on or before Nov 23 2015 shall be deemed good and sufficient service and notice of this application.

ORDERED that answering papers, if any, shall be filed with the Court and served upon counsel for the plaintiff by electronic mail at bdorazio@dorazio-law.com by 5:00 p.m. on Dec 8, 2015, and that any reply papers shall be filed with the Court and served on or before Dec 15, 2015.

Dated: New York, New York
November 16 2015

Hon. William H. Pauley III
United States District Court Judge